**Entered on Docket**
**October 09, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

PITE DUNCAN, LLP
STEVEN W. PITE (NV Bar #008226)
EDDIE R. JIMENEZ (NV Bar #10376)
JACQUE A. GRUBER (NV Bar #11385)
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (702) 413-9692
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

ABRAMS & TANKO, LLLP
MICHELLE L. ABRAMS (NV Bar #005565)
3085 S. Jones Blvd., Suite C
Las Vegas, NV 89146

Attorneys for   Secured Creditor CITIBANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II IN., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-7

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>GUSTAVO ANAYA-GARCIA AND MATILDE CUEVAS-GUZMAN,<br><br>Debtor(s). | Bankruptcy Case No. BK-S-09-23531-lbr<br>Chapter 7<br><br>CITIBANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II IN., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-7'S ORDER TERMINATING AUTOMATIC STAY<br>Date:    September 21, 2009<br>Time:    1:30 P.M. |

/./././.

- 1 -

1  A hearing on Secured Creditor Citibank, N.A., as Trustee for the
2  Certificateholders of Structured Asset Mortgage Investments II In., Bear Stearns ALT-A Trust,
3  Mortgage Pass-Through Certificates Series 2006-7's Motion for Relief From the Automatic Stay
4  came on regularly for hearing in the United States Bankruptcy Court before the Honorable Linda
5  B. Riegle.

6  The court having duly considered the papers and pleadings on file herein and
7  being fully advised thereon and finding cause therefor:

8  IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

9  The automatic stay of 11 United States Code section 362 is hereby immediately
10 terminated as it applies to the enforcement by Movant of all of its rights in the real property
11 under the Note and Deed of Trust encumbering the real property commonly known as 5805
12 Forrest Hills Lane, Las Vegas, Nevada 89108-1555 ("Real Property"), which is legally described
13 as:

> LOT TWELVE (12) IN BLOCK NINE (9) OF CHARLESTON HEIGHTS TRACT NO. 44-B, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 8 OF PLATS, PAGE 55, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

Upon the lift of stay on Debtor's real property a 5 day notice must be sent to the debtor prior to the sale.

APPROVED/DISAPPROVED

_____
TIMOTHY S. CORY
TRUSTEE

/./.
/./.
/./.

<u>ALTERNATIVE METHOD re: RULE 9021</u>:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ Approved. - Debtor(s)/Debtor(s)'------ Attorney/Trustee

☐ Disapproved. - Debtor(s)/Debtor(s)'------ Attorney/Trustee

☒ Failed to respond. - Trustee

###

Submitted by:

/s/ Jacque A. Gruber
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(702) 413-9692
NV Bar #11385
Attorney for CITIBANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II IN., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-7